UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GLOBAL ASSOCIATION OF RISK
PROFESSIONALS, INC,

                Plaintiff,                                21-cv-5207 (PKC)

       -against-                                        ORDER

GLOBAL INSTITUTE OF FINANCIAL
PROFESSIONALS,

                Defendant.
-----------------------------------------------------------------x

CASTEL, U.S.D.J.

       Having reviewed plaintiff's First Set of Requests for Admission, the Court will allow them to stand provided that defendant has 45 days from the date of this Order to respond. In the future, plaintiff's shall comply with Local Civil Rule 26.3(a)("No discovery request shall use broader definitions or rules of construction than those set forth in paragraphs (c) and (d).")

       Letter motion (Doc 57) is DENIED, except defendant will have 45 days from this Order to respond to the Requests to Admit and plaintiff shall serve no other Request to Admit without leave of this Court.

       SO ORDERED.

                                                              P. Kevin Castel
                                                 United States District Judge

Dated: New York, New York
          January 27, 2022