UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
GLOBAL ASSOCIATION OF
RISK PROFESSIONALS, INC.,                    21-cv-5207(PKC)

                Plaintiff,                     ORDER

       -against-


GLOBAL INSTITUTE OF
FINANCIAL PROFESSIONALS,
                Defendant.
-----------------------------------------------------------

CASTEL, District Judge

        The Minute Entry of April 14, 2022 is modified as follows:

        Plaintiff's direct testimony by affidavit, trial brief, and any other motions are due May 20, 2022 (single consolidated trial brief and brief in support of motions may be up to 40 pages in length).[1]

        Defendant's direct testimony by affidavit, trial brief, and any other motions and response to plaintiff's motions are due June 20, 2022 (single consolidated trial brief and brief in support of defendant's motions and in oppositions to plaintiff. motions may be up to 60 pages in length).

        Plaintiffs' reply in further support of its motions and in opposition to defendants' motions due July 20, 2022 (single consolidated brief may be up to 30 pages in length).

        Defendant may reply on plaintiff's motion by July 29, 2022 (brief may be up to 10 pages in length)

---

[1] There is no page limit on a party's testimonial submissions, including exhibits.

The proposed joint pre-trial order ("JPTO") shall be filed by the plaintiff by July 29, 2022. Plaintiff shall transmit its portion of the JPTO to defendant in MS Word format by July 11, 2022 and defendant shall submit its portion of the JPTO to plaintiff in MS Word format by July 20, 2022. The Court expects trial counsel to meet and confer on the stipulation portion of the JPTO for no less than two hours.

The Court anticipates that all motions will be taken under submission with the trial of this action.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
May 11, 2022