UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
GLOBAL ASSOCIATION OF
RISK PROFESSIONALS, INC.,                    21-cv-5207 (PKC)

           Plaintiff,                         ORDER

  -against-

GLOBAL INSTITUTE OF
FINANCIAL PROFESSIONALS,
           Defendant.
-------------------------------------------------------
CASTEL, District Judge

      Oral argument on plaintiff's motion to compel is scheduled for May 24, 2022 at 3:30 PM in Courtroom 11D.

      SO ORDERED.

                                          P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       May 18, 2022