UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

GLOBAL ASSOCIATION OF
RISK PROFESSIONALS, INC.,                                21-cv-5207 (PKC)

                Plaintiff,                                ORDER

       -against-


GLOBAL INSTITUTE OF
FINANCIAL PROFESSIONALS,
               Defendant.

----------------------------------------------------

CASTEL, District Judge

         Andrew Bochner and Yue Xu both shall appear in Courtroom 11D on May 24 at 3:30 PM.


         SO ORDERED.


P. Kevin Castel
United States District Judge

Dated: New York, New York
      May 19, 2022