UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
GLOBAL ASSOCIATION OF
RISK PROFESSIONALS, INC.,                                    21-cv-5207 (PKC)

                Plaintiff,                                                     ORDER

     -against-

GLOBAL INSTITUTE OF
FINANCIAL PROFESSIONALS,
                Defendant.
-------------------------------------------------------
CASTEL, District Judge

        The parties shall file their proposed joint pre-trial order on or before July 27, 2022. Defendant may file any reply in further support of its trial brief and motions and in opposition to plaintiff's trial brief and motions by July 27, 2022. All other deadlines set in this Court's Order of May 11, 2022 (Doc 74) remain the same, and the final pre-trial conference will proceed as scheduled on July 28, 2022.

        SO ORDERED.

                                                      P. Kevin Castel
                                           United States District Judge

Dated: New York, New York
         July 14, 2022