UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------
GLOBAL ASSOCIATION OF
RISK PROFESSIONALS, INC.,    21-cv-5207 (PKC)

        Plaintiff,    ORDER

  -against-

GLOBAL INSTITUTE OF
FINANCIAL PROFESSIONALS,
        Defendant.
-----------------------------------------------------
CASTEL, District Judge

      Without prejudging the appropriateness of amendments at this late juncture, at tomorrow's final pre-trial conference plaintiff should bring a marked to show changes copy of its proposed amended Complaint, and defendant should bring a marked to show changes copy of its proposed amended Answer.

      SO ORDERED.

                                       P. Kevin Castel
                                      United States District Judge

Dated: New York, New York
       July 27, 2022