# BOCHNER**IP**

**Andrew D. Bochner, Esq.**

| | |
|---|---|
| 295 Madison Avenue, 12th Floor | Andrew@BochnerIP.com |
| New York, New York 10017 | Tel: 646.971.0685 |

May 19, 2022

<u>**VIA ECF**</u>

Hon. Judge P. Kevin Castel
District Judge, US District Court, SDNY
United States Courthouse
Courtroom 11D
500 Pearl Street
New York, New York 10007

Re: Global Association of Risk Professionals v. Global Institute of Financial Professionals
Case No. 21-cv-05207-PKC-KHP
<u>Motion to Seal</u>

Dear Judge Castel,

    We represent Defendant Global Institute of Financial Professionals ("Defendant") in the above-captioned matter and are writing to seek leave to seal, at the "ex parte" level, documents that are filed with our Motion to Withdraw.

    With our Motion to Withdraw, we intend to file a Declaration containing details related to our relationship with our client. Such details are generally privileged and the details are not necessary for opposing counsel to view in order to prosecute their case.

    Therefore, Defendants respectfully requests that the Court grant us leave to seal the Declaration at the "ex parte" level.

Respectfully submitted,

<u>/s/ Andrew D Bochner</u>
Andrew D. Bochner, Esq.

---

Letter application to seal (Doc 87)
is provisionally GRANTED.
SO ORDERED.
Dated: 10/26/2022

*[Signature]*
P. Kevin Castel
United States District Judge