# Mertzel Law PLLC

5 Penn Plaza, 19th Floor, New York, NY 10001

Nancy J. Mertzel
(646) 965-6900
nancy@mertzel-law.com

1. Let's see:  the parties requested a conference before trial and the Court set one for April 18.  Now I learn on April 10 that there are only five (5) days between now and the May 9 start of trial that they are available, including the day before trial.  Because the parties have not withdrawn their request for a conference the Court will conduct it on April 20, 2023 at 3:45 p.m. in Courtroom 11D.
2. Only lead trial counsel need appear at the conference.
3. The criminal trial expected to proceed the week before this trial will likely be resolved.

SO ORDERED.
Dated:  4/11/2023

P. Kevin Castel
United States District Judge

April 10, 2023

Via ECF

Hon. Kevin P. Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Global Association of Risk Management Professionals, Inc. v. Global Institute of Financial Professionals, Case No. 21-CV-5207 (PKC)

Dear Judge Castel:

Defendant Global Institute of Financial Professionals requests, with consent of plaintiff Global Association of Risk Professionals, that the Court reschedule the conference in the above-referenced matter that is set for April 18, 2023 at 3:00 p.m.  A bench trial in this case is scheduled to begin Tuesday May 9, though we note from the Court's Order entered April 5 that the start date may be impacted by a criminal trial the week before.

The adjournment is requested because I will be out of town April 18 and 19 presiding over a conference and board retreat for a legal organization of which I am the president.  This is the first request to reschedule this conference.  For the Court's convenience, following are black-out dates when the parties are not available: April 11-14, 17-19, April 26-28 and May 1-May 5.

The parties also request leave for attorneys Yue "Robert" Xu and Sean Garrison to participate in the conference telephonically.

Respectfully submitted,

Nancy J. Mertzel

cc: Counsel of Record (via ECF)